UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
)
      Plaintiff, ) CASE NO.   CR06-106 RSM
)
v. )
)
) DETENTION ORDER
FELIPE MARAMBA, )
)
      Defendant. )
_____)

Offense charged:

      Count I: Conspiracy to Commit Bank Fraud, in violation of Title 18, U.S.C., Section 1349.

Date of Detention Hearing: June 28, 2006

      The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Jill Otake. The defendant was represented by Ken Kanev.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant poses a risk of danger due to the nature of the instant offence and criminal history; he has an outstanding misdemeanor warrant.

(2)    Defendant poses a risk of non-appearance as he has several failures to

appear. Defendant is also associated with several aliases and numerous forms of identification.

(3) Defendant has no stable residence or income.

(4) Based upon the foregoing information, which is consistent with the recommendation of U.S. Pre-trial Services, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of June, 2006.

_____
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-