UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                               )
                 Plaintiff, )   Case No. CR06-106-RSM
                               )
    v. )
                               )   **PROPOSED FINDINGS OF**
FELIPE B. MARAMBA, )   **FACT AND DETERMINATION**
                               )   **AS TO ALLEGED**
                  Defendant. )   **VIOLATIONS OF**
                               )   **SUPERVISED RELEASE**

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on December 29, 2008. The defendant appeared following his arrest on the warrant issued on August 15, 2008 in this case. The United States was represented by Jill Otake, and defendant was represented by Anna Tolin. Also present was U.S. Probation Officer Patrick Robinson. The proceedings were digitally recorded.

SENTENCE AND PRIOR VIOLATIONS

On July 13, 2004 the Court sentenced defendant to 21 months of imprisonment and five years of supervision following defendant's plea to conspiracy to commit bank fraud. After completing his prison sentence, defendant's term of supervision began on December 21, 2007.

On March 28, 2008, the Court found defendant had violated his supervision by using

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

methamphetamine on December 28, 2007; January 18 and 23 2008; February 4, 12, and 19, 2008; and March 3, 2008; failing to submit to drug testing on January 31, 2008; February 4, 12 and 19, 2008 and failing to notify the probation office ten days prior to any change in residence or employment on February 15, 2008. The Court revoked defendant's supervision and sentenced defendant to time served. The Court also imposed a five year term of supervised release including residence in an RRC for up to 120 days. On April 11, 2008, defendant was released to the Tacoma RRC.

On July 14, 2008, the Court found defendant had violated his supervision by failing to successfully participate in a RRC for up to 120 days by being terminated on May 16, 2008. The Court ordered supervision to continue with the condition that defendant reside at the Oxford house for up to 120 days.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATIONS

In a petition dated August 14, 2008, Supervising U.S. Probation Officer Joe Mendez alleged that defendant violated the following conditions of supervised release:

1. Failing to reside at the Sunset View Oxford house for up to 120 days by being terminated on or about July 22, 2008, in violation of a special condition.

2. Failing to notify the U.S. Probation Officer 10 days prior to any change in residence or employment, in violation of standard condition number six.

After being advised of his right to an evidentiary hearing and waiving any hearing as to whether the violations occurred, defendant admitted each of the above violations.

Defendant was informed that a disposition hearing was scheduled for January 9, 2009 before the Honorable Ricardo S. Martinez. Defendant stipulated to detention.

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 29th day of December, 2008.

/s/ Brian A. Tsuchida
BRIAN A. TSUCHIDA
United States Magistrate Judge